Certificate Number: 02114-pam-de-028099358

Bankruptcy Case Number: 1303732

```
02114-pam-de-028099358
```

## **CERTIFICATE OF DEBTOR EDUCATION**

I CERTIFY that on September 21, 2016, at 07:59 o'clock PM EST, David Boyer completed a course on personal financial management given by internet by CredAbility, a provider approved pursuant to 11 U.S.C § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 21, 2016    By:    /s/Bethany Condoll

                             Name:  Bethany Condoll

                             Title: Customer Service

1