In re:                                                              Case No. 13-03732-RNO
David W Boyer                                                       Chapter 13
Joan L Boyer
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: PRatchfor        Page 1 of 1              Date Rcvd: Apr 13, 2017
                             Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2017.
db/jdb        +David W Boyer,   Joan L Boyer,   611 B Street,   Enola, PA 17025-1602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2017 at the address(es) listed below:
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   JP MORGAN CASE BANK, NA bkgroup@kmllawgroup.com
          Joshua I Goldman   on behalf of Creditor   JP MORGAN CASE BANK, NA bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Michael S Travis   on behalf of Joint Debtor Joan L Boyer Mtravislaw@comcast.net
          Michael S Travis   on behalf of Debtor David W Boyer Mtravislaw@comcast.net
          Recovery Management Systems Corporation   claims@recoverycorp.com
          Thomas I Puleo   on behalf of Creditor   JP MORGAN CASE BANK, NA tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 8

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

David W Boyer
611 B Street
Enola, PA 17025

Joan L Boyer
aka Joan Louise Neely
611 B Street
Enola, PA 17025

Chapter 13
Case No. 1:13−bk−03732−RNO

 Last four digits of Social−Security, Individual
Taxpayer−Identification, Employer Tax−Identification No(s)(if
any):
xxx−xx−6063
xxx−xx−5655

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  April 13, 2017

By the Court,

_Robert N. Opel II_

Honorable Robert N. Opel
United States Bankruptcy Judge
By: PRatchford, Deputy Clerk